# **EXHIBIT M**

**CONSENSUALLY RESOLVED PREFERENCE CASES WITH PSZJ**

- *The Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of HH Liquidation, LLC v. Tri-State General Contractors, Inc.,* A.P. No. 17-51218 (KG);

- *The Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of HH Liquidation, LLC v. Peet's Coffee & Tea, LLC,* A.P. No. 17-51172 (KG);

- *David W. Carickhoff, solely as Chapter 7 Trustee of the Estate of Univita Holdings, et al. v. Alternative Medical Healthcare Services Corp.,* A.P. No. 17-50913 (MFW);

- *The Seal123, Inc. Liquidation Trust, by and Through its Liquidation Trustee v. SM Clothing, Inc.; New Commercial Capital, Inc.*, A.P. No. 16-51844 (CSS);[1]

- *The Seal123, Inc. Liquidation Trust, by and Through its Liquidation Trustee v. Mutyaar, Inc.*, A.P. No. 16-51915 (CSS);

- *Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of HH Liquidation, LLC, et al. v. Cyma Orchids Corporation,* A.P. No. 17-51067 (KG);

- *Alfred T. Giuliano, Chapter 7 Trustee of Leading Edge Logistics LLC, et al. v. F&L Trucking, Inc.*, A.P. No. 16-50820 (MFW);

- *The Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of HH Liquidation, LLC, et al. v. Select-A-Vision, Inc.*, A.P. No. 17-51177 (KG);

- *The Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of HH Liquidation, LLC, et al. v. Superior Electrical, Mechanical & Plumbing Inc.*, A.P. No. 17-51148 (KG);

- *Alfred T. Giuliano, Chapter 7 Trustee of Leading Edge Logistics LLC, et al. v. Howl Transportation LLC*, A.P. No. 16-50838 (MFW);

- *David W. Carickhoff, solely as Chapter 7 Trustee of the Estates of Univita Holdings v. Visiting Nurse Association of Florida, Inc.,* A.P. No. 17-50932 (MFW);

- *SC Liquidating 2, LLC f/k/a Sport Chalet, LLC v. Ontario Refrigeration Service, Inc.*, A.P. No. 18-50697 (LSS);

- *The Seal123, Inc. Liquidation Trust, by and Through its Liquidation Trustee v. YB International Co., Ltd.*, A.P. No. 16-51953 (CSS);

---

[1] The Firm only represented SM Clothing, Inc.

1

- *Alfred T. Giuliano, Chapter 7 Trustee of Leading Edge Logistics LLC, et al., v. Leonard's Express,* A.P. No. 16-50926 (MFW);

- *Alfred T. Giuliano, Chapter 7 Trustee of Leading Edge Logistics LLC, et al., v. Brother's Transportation, LLC and Dorado Finance Ltd.*, A.P. No. 16-50967 (MFW);

- *Alfred T. Giuliano, Chapter 7 Trustee of Leading Edge Logistics LLC, et al., v. Black Rock Trucking, Inc.*, A.P. No. *16-50769 (MFW)*;

- *Alfred T. Giuliano, Chapter 7 Trustee of Leading Edge Logistics LLC, et al., v. White Owl Trucking Inc.*, A.P. No. 16-50958 (MFW); and

- *The Seal123, Inc. Liquidation Trust, by and Through its Liquidation Trustee v. Monarch Litho Inc.*, A.P. No. 16-51774(CSS).