IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, <br><br>　　　　　　　　Plaintiff, <br><br> vs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Sylvan & Jeannette Jutte, | ) | A.P. No. 19-50308 (JKS) |
| Brian & Robin Korkus, | ) | A.P. No. 19-50309 (JKS) |
| Delton & Jean Christman, | ) | A.P. No. 19-50314 (JKS) |
| Floyd & Lavonne Davis, | ) | A.P. No. 19-50317 (JKS) |
| George & Charlene Iwahiro, | ) | A.P. No. 19-50319 (JKS) |
| Toomas & Pamela Heinmets, | ) | A.P. No. 19-50322 (JKS) |
| Janet V. Dues, | ) | A.P. No. 19-50328 (JKS) |
| Dena Falkenstein, | ) | A.P. No. 19-50329 (JKS) |
| Judy Karen Goodin, | ) | A.P. No. 19-50330 (JKS) |
| Denis W. Hueth, | ) | A.P. No. 19-50331 (JKS) |
| Christian Lester, | ) | A.P. No. 19-50332 (JKS) |
| Jane Marshall, | ) | A.P. No. 19-50335 (JKS) |
| Laurence J. Nakasone, | ) | A.P. No. 19-50337 (JKS) |
| Blaine Phillips, | ) | A.P. No. 19-50338 (JKS) |
| Jeff Schuster, | ) | A.P. No. 19-50341 (JKS) |
| Jennifer Tom, | ) | A.P. No. 19-50342 (JKS) |
| Anita Bedoya & Mark Bedoya, | ) | A.P. No. 19- 50343 (JKS) |
| Anita Bedoya & Julian Duran, | ) | A.P. No. 19-50344 (JKS) |
| Ronald Cole, | ) | A.P. No. 19-50346 (JKS) |
| Ronald Draper, | ) | A.P. No. 19-50347 (JKS) |
| Lawrence J. Paynter, | ) | A.P. No. 19-50351 (JKS) |
| Nannette Tibbitts, | ) | A.P. No. 19-50353 (JKS) |
| Clayton Nakasone, | ) | A.P. No. 19-50382 (JKS) |
| 　　　　　　　　　　Defendants. | ) | |

**ORDER GRANTING SCHEDULING MOTION**

Upon consideration of the *Motion to Include the Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan on the Matters Scheduled for the May 19, 2021 Status Conference at 9:00 a.m.* (the "Scheduling Motion")[1], and the Court having reviewed the Scheduling Motion and found that the procedural relief requested therein is justified under the circumstances,

IT IS HEREBY ORDERED THAT:

1. The Scheduling Motion is GRANTED;

2. The Motion shall be placed upon the agenda for matters to be considered during the Status Conference scheduled to occur on May 19, 2021, at 9:00 a.m.;

3. During the Status Conference, the Movants shall have an opportunity to preliminarily address the relief sought in the Motion with the Court, and the Movants and the Liquidating Trustee shall have an opportunity to seek the entry of a consensual scheduling order for the Motion;

4. For the avoidance of doubt, (i) nothing in this Order Granting Scheduling Motion shall shorten the time that the Liquidating Trustee has to file a formal response to the Motion, and (ii) the Court's hearing on the Motion at the Scheduling Conference shall only be a preliminary hearing; and

*[Remainder of Page Intentionally Left Blank]*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

5.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  May ____, 2021

                                                                         _____
                                                                         THE HONARABLE J. KATE STICKLES
                                                                         UNITED STATES BANKRUPTCY JUDGE