**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Plaintiff,<br>vs.<br><br>SYLVAN R. JUTTE; JEANNETTE E. JUTTE,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 19-50308 (JKS)<br><br>**Ref. Docket No. 107** |

**CERTIFICATE OF SERVICE**

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc, located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 1, 2026, I caused to be served the "Stipulation of Dismissal of Adversary Proceeding," dated September 1, 2026 [Docket No. 107], by causing true and correct copies to be:

   a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

b. delivered via electronic mail to: *curtishehn@comcast.com.*

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Benjamin Johnson*
Benjamin Johnson

# EXHIBIT A

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. - Case No. 17-12560 (JKS)
First Class Mail Party

CURTIS A. HEHN
(COUNSEL TO DEFENDANTS)
1007 N. ORANGE ST., 4TH FLOOR
WILMINGTON, DE 19801